## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.:**_____

**GHOSTBED, INC., and**
**WERNER MEDIA PARTNERS, LLC**
**D/B/A NATURE'S SLEEP, LLC**

                            **Plaintiffs,**

**v.**

**CASPER SLEEP, INC., and**
**PHILIP KRIM**
                        **Defendants.**

_____/

## <u>COMPLAINT</u>

Plaintiff, Ghostbed, Inc. having offices at 7143 W Broward Blvd Plantation, Florida 33312-2215 ("Ghostbed") and Plaintiff Werner Media Partners, LLC, d/b/a Nature's Sleep, LLC, a limited liability company having an address of  7143 W Broward Blvd Plantation, Florida 33312-2215, United States ("Nature's Sleep" or collectively with Ghostbed the "Plaintiffs") hereby sue Casper Sleep, Inc. ("Casper") and Philip Krim (collectively with Casper the "Defendants") for: Trademark Infringement (pursuant to 15 U.S.C. § 1114 and the common law); False Designation of Origin and Unfair Competition (pursuant to 15 U.S.C. § 1125 and the common law); Cybersquatting (pursuant to 15 U.S.C. § 1125(d); Violation of Florida's Deceptive and Unfair Trade Practices Act (pursuant to Fla. Stat. §§ 501.201-501.213) (the "FDUTPA" Violations) and Declaratory Judgment.  Jurisdiction is proper pursuant to 28 U.S.C. §§ 1331, 1338, 2201 and 2202.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

## I.    THE PARITES

**A.    Plaintiff, Ghostbed**

1.    Ghostbed has its principal place of business in Broward County, Florida.

2.    Ghostbed is in the business of, amongst other things, manufacturing and selling mattresses and beds.

**A.    Plaintiff, Nature's Sleep**

3.    Nature's Sleep has its principal place of business in Broward County, Florida.

4.    Nature's Sleep is in the business of, amongst other things, manufacturing and selling mattresses and pillows.

**B.    Defendant, Krim**

5.    On information and belief Krim lived in the Houston, Texas, area before relocating to New York.

6.    Krim is a serial patent and trademark infringer in the mattress industry.

**C.    Defendant, Casper**

7.    Casper was founded by Krim who is now its CEO.

8.    Casper formed in Delaware on or about October 24, 2013.

9.    Casper's registered agent is Vcorp Services, LLC, 1013 Centre Road Suite 403-B, Wilmington DE 19805

10.    On or about February 12, 2014, Casper registered to do business in NY, where it maintains offices at 45 Bond Street, Floor 2 New York, NY 10012.

11.    Now, Casper regularly does business in Florida, including selling mattresses to consumers that Casper contends compete with Nature's Sleep.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

12.     According to Krim, "the idea" for Casper came in 2013 year while Krim and his four cofounders were working on other projects in a shared co-working space, where they used to fall asleep on bean bags in the office.

13.     According to Casper, it is named after one of the founder's roommates.

14.     According to one of Casper's alleged founders and head of creative, T. Luke Sherman, "Casper is one of the fastest growing consumer brands of all time, launching in April 2014 and earning $1M in revenue in its first 28 days. The company quickly struck a chord with consumers in a category that has stagnated for decades. In February 2015, it announced sales exceeding $20M in its first ten months. The company raised a $55M Series B investment led by IVP, bringing its total funding to $69.95M."

15.     However, Casper, Krim and Sherman fail to disclose Krim's notorious past or the true nature of Casper's beginning and its intentions for the future.

16.     The truth is Krim had to rebrand his mattress selling business due to his serial infringement and the multiple lawsuits that were filed against him and his companies by industry veterans, including those behind the brands Tempur-pedic® and Select Comfort® for infringing their trademarks and patents.

17.     Old habits die hard, Krim continues today through Casper to unlawfully trade on the goodwill of the best in the industry – while attacking the First Amendment, engaging in various forms of unfair competition, including cybersquatting on and deceptive and unfair trade practices.

ASSOULINE & BERLOWE, P.A.
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

### III.   JURISDICTION AND VENUE

18.   Defendants willfully interfered with business relations of Nature's Sleep, and infringed up on its trademarks which Defendants knew maintains its principal place of business in South Florida.

19.   Defendants advertise and sell infringing products in Florida.

20.   Defendants have accepted payments from customers in Florida.

21.   The effect and injury of the Defendants' intentional, willful actions were directed at Nature's Sleep and occurred in Broward County, Florida.

22.   This Court has subject matter jurisdiction over this action pursuant 15 U.S.C. § 1125; 17 U.S.C. § 106, 501-505, and 1202; 28 U.S.C. §§ 1331, and 1338, in that the dispute involves: (1) federal questions; and (2) Lanham Act Trademark Infringement and Unfair Competition Claims.

23.   This Court has personal jurisdiction over the Defendants due to their substantial and not isolated systematic and continuous contacts with the state.

24.   Venue is proper in the Southern District of Florida, pursuant to 28 U.S.C. § 1391, because a substantial part of the events giving rise to Plaintiffs' claims occurred and a substantial part of property that is the subject of this action is situated, in the Southern District of Florida.

25.   Venue is also proper in the Southern District of Florida because the injury suffered is and was sustained and suffered in the Southern District of Florida.

### IV.   FACTUAL BACKGROUND

**The Trademarks**

26.   Nature's Sleep owns U.S. Trademark Reg. No. 4,240,084 (the "'084 Mark") in International Classes 10, 20 and 24 for support mattresses for medical use, therapeutic mattress

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

supports, replacement mattresses for hospital beds, and stretcher mattresses; disposable films, namely, and biodegradable films made of cornstarch, sold to retailers of furniture for use as a germ shield in protecting furniture and customers while on the showroom floor; Sleep products, namely, beds, mattresses, bedsteads, mattress toppers, mattress support systems in the nature of mattress foundations, bed frames, headboards, viscoelastic foam mattresses, viscoelastic foam mattress toppers, pet beds, and viscoleastic foam pet beds; and sanitary linens for bed and bath made of cornstarch; sanitary wash cloths; sanitary hand towels; and sanitary bed sheets. Nature's Sleep has been using the '084 Mark in commerce since at least as early at Aug. 1, 2007. *See,* **Exhibit A** attached.

27.    Nature's Sleep owns U.S. Trademark Reg. No. 3,731,815 (the "'815" Mark) in International Class 20 for Pillows. NATURE'S SLEEP has been using the '815 Mark in commerce since at least as early as Sept. 30, 2007. *See,* **Exhibit B**, attached.

28.    Nature's Sleep owns U.S. Trademark Reg. No. 3,802,848 (the "'848" Mark) in International Class 20 for sleep products for pets, namely, viscoelastic foam pet beds. NATURE'S SLEEP has been using the '848 Mark in commerce since at least as early as Oct, 6, 2009. *See,* **Exhibit C**, attached.

29.    Nature's Sleep owns U.S. Trademark Reg. No. 3,878,747 (the "'747" Mark) in International Class 10 for support mattresses for medical use, namely, therapeutic mattress support, replacement mattresses for hospital beds, and stretcher mattresses. Nature's Sleep has been using the '747 Mark in commerce since at least as early as Oct. 31, 2009. *See,* **Exhibit D**, attached.

30.    Collectively, the '084 Mark, the '815 Mark, the '848 Mark and the '747 Mark are the "NATURE'S SLEEP REGISTERED MARKS".

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

31.     Nature's Sleep owns U.S. Trademark Appl. No. 86/548,760 (the "CUTTY SARK LOGO") in International Class 20 for mattress toppers; Mattresses; Pillows. The CUTTY SARK LOGO consists of the word "nature's" written in sans serif font above and to the left of "sleep"; "sleep" is written in script; a stylized stem with flower buds and five leaves run horizontally beneath "nature's sleep"; the color of "nature's" is pale leaf; the color of "sleep" and the stem is cutty sark. The CUTTY SARK LOGO appears as:



32.     Nature's Sleep owns U.S. Trademark Appl. No. 86/548,528 (the "B&W LOGO") in International Class 10 for Biodegradable cornstarch-based film for use as a germ shield in the bedding, furniture and health care fields; Medical products, namely, therapeutic mattresses, beds, seats and cushions; Support mattresses for medical use. Nature's Sleep has been using the B&W LOGO since at least as early as Aug. 31, 2009. The B&W LOGO appears as:



33.     NATURE'S SLEEP owns U.S. Trademark Appl. No. 86/548,815 (the "KIMBERLY LOGO") in International Class 20 for: Mattress toppers; Mattresses; Pillows NATURE'S SLEEP has been using the KIMBERLY LOGO since at least as early as Jun. 11, 2012. The KIMBERLY LOGO consists of the word "nature's" written in sans serif font above and to the left of "sleep"; "sleep" is written in script; a stylized stem with flower buds and

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

five leaves runs horizontally beneath "nature's sleep"; the color "nature's sleep" and the step is Kimberly (i.e. purple). The KIMBERLY LOGO appears as:



34.      Nature's Sleep owns U.S. Trademark Appl. No. 86/795,799 for the mark:

# GHOST

(the "GHOST MARK") in international class 20 for Beds; Mattress foundations; Mattress toppers; Mattresses; Wood bedsteads.

35.      Nature's Sleep owns U.S. Trademark Appl. No. 86/842,937 for the mark:

# GHOSTBED

(the "GHOSTBED MARK") in IC 20 for Mattress foundations; Mattresses.

36.      Nature's Sleep owns U.S. Trademark Appl. No. 86/842,977 for the mark:



(the "GHOSTBED DESIGN MARK" collectively with the GHOST MARK and the GHOSTBED MARK the "GHOSTBED MARKS") in international class 20 for Mattress foundations; Mattresses.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

37.     Nature's Sleep owns U.S. Trademark Appl. Nos 86/842,644 and 86/842,536 for the mark:

# BETTER SLEEP FOR BETTER DAYS

(the "BETTERSLEEP MARKS") in: international class 35 for Retail store services featuring mattresses, pillows, and bed foundations; and, international class 20 for Mattresses; Pillows.

38.     Together, the B&W LOGO, THE CUTTY SARK LOGO, and THE KIMBERLY LOGO are the "NATURE'S SLEEP LOGOS." Collectively, the NATURE'S SLEEP REGISTERED MARKS, NATURE'S SLEEP LOGOS AND GHOSTBED MARKS and the BETTERSLEEP MARKS are the "NATURE'S SLEEP MARKS."

39.     The BETTERSLEEP MARKS were in use in commerce by Nature's Sleep before the formation of Defendant Casper.

40.     The GHOSTBED marks are exclusively licensed to Plaintiff Ghostbed.

41.     The NATURE'S SLEEP MARKS are used throughout the United States and serve as distinctive and inherently distinctive marks for Plaintiffs goods and services.

**Casper's Former Life**

42.     Before Casper had its alleged sudden success, its founder, Krim was a notorious willful infringer of trademarks and patents of well respected mattress companies.

43.     For instance Krim was sued in District Court of Minnesota for his infringement of the Tempur-pedic marks, the use of "Sleep Numbers" is violation of Select Sleep's patents, and various unlawful uses of domain names. *See, e.g.,* **Composite Exhibit E**.

44.     This formed the basis for Krim's rebranding as Casper and shift to target and capitalize on the goodwill of Plaintiffs Nature's Sleep and Ghostbed.

**<u>Casper and Krim Unlawfully Solicit Nature's Sleep's Customers</u>**

45.     Continuing on Krim's prior campaigns of misrepresentation and misappropriation of goodwill, Krim launched Casper and began using his brand of "black hat" marketing to create confusion with Nature's Sleep and specifically misappropriate its goodwill and interfere with its and Ghostbed's prospective customers.

46.     Almost immediately after starting "Casper," Krim and the rest of the Casper team launched the website http://www.naturesleep.com (the "Cybersquatted Domain Name") to intentionally misdirect consumers to Caper's own website, http://www.Casper.com.

47.     Casper then advertised its mattresses with google and others with the intent to misdirect users looking for "Ghost Bed" to Casper and its inferior mattresses.

48.     Plaintiff was successful through arbitration in having the Cybersquatted Domain Name transferred to Plaintiff, because it was registered in bad faith and likely to confuse consumers.

49.     However, even though the Cybersquatted Domain has been transferred back to Nature's Sleep, Casper continues today to advertise its mattresses to those seeking a "GHOST BED" through the confusing use of keywords and AdWords identical to the NATURE'S SLEEP MARKS.

9

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466



50.     Casper's use of the GHOSTBED Marks in its advertising (e.g., as pictured above) and other NATURE'S SLEEP MARKS in its advertising, metadata and keywords continues to capitalize on Nature's Sleep's good will and exacerbate the harm already caused by Casper's illegal cybersquatting.

51.     Furthermore, Defendants misappropriated Nature's Sleep's BETTERSLEEP mark and use the BETTER SLEEP FOR BETTER DAYS mark throughout their website and advertising. Defendant Krim is the active and driving force that is intentionally using the BETTERSLEEP Mark with Casper's goods and service has and is likely to cause consumer confusion.

52.     Defendants intentionally and willfully use the BETTERSLEEP MARK knowing that Plaintiff Nature's Sleep has been using the BETTERSLEEP MARK for the sale of mattresses long before Defendant Krim founded Casper.

53.     Defendants admit that they have been using the BETTERSLEEP MARK since at least as early as April 22, 2014, and Plaintiff Nature's Sleep is entitled to the gross sales for all goods and services sold by Defendants under such BETTERSLEEP MARK.

ASSOULINE & BERLOWE, P.A.
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

**Nature's Sleep and its Customers Try To Remediate the Harm Caused By Casper through Social Media, and Casper Threatens to Gag Them by Quashing Their First Amendment Rights.**

54.     After having the CyberSquatted domain transferred to Nature's Sleep, and Casper started misdirecting Nature's Sleep users to Casper's website, Nature's Sleep tried to clear the air by addressing @Casper on Twitter – and rather than apologize, cease using the BETTERSLEEP MARK or otherwise engage in an informative discussion Casper "trolled" Nature's Sleep and threatened legal action to end the discussion.

55.     Twitter is an Internet based information network made up of 140-character messages called "Tweets."

56.     Twitter recommends that its users find and follow other interesting Twitter accounts.

57.     Messages from those that a Twitter user follows will show up in a readable stream on the user's Twitter homepage, called their "Timeline."

58.     Once a Twitter user, often referred to as a "Twit" follows "a few people, news outlets, organizations, or accounts of . . .  interest," the Twit will have a new page of information to read each time they log in.

59.     Twits then "may click links in others' Tweets to view articles, images or videos they've linked to."

60.     Twits may also "click hashtagged keywords (#) to view all Tweets about that topic."

61.     According to Twitter, "many [Twits] … find it fun or exciting to contribute their own content to Twitter (we call this "tweeting"). If you're one of them, here are some good ways

11

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

to get started posting your own Tweets. People who are interested in what you have to say may follow you and they'll see all the Tweets you share with them."

62.     Specifically, Twitter recommends that Twits:

[u]se existing information (other people's Tweets) on Twitter to find your own voice and show others what you care about. Retweet messages you've found and love, or @reply with your reaction to a Tweet you find interesting.

**Tip:** If you're a new user, others are more likely to find your messages if they are Retweets or @replies.

63.     In order to mention "other users by their Twitter username" Twits are encouraged by Twitter to precede others usernames with the @ sign their Tweets.

64.     According to Twitter, "[t]his can help you think of what to write, will draw more eyes to your message, and can even start a new conversation. Try posting a message mentioning a celebrity or person you admire – they often respond to fans. You'll see their response on your Mentions tab."

65.     Specifically, "[t]he @ sign is used to call out usernames in Tweets: [e.g.] 'Hello @twitter!' People . . . [may] use your @username to mention you in Tweets, send you a message or link to your profile."

66.     "A username is how [a Twit] is identified on Twitter, and is always preceded immediately by the @ symbol. For instance, Katy Perry is @katyperry."

67.     According to the Twitter Terms of Service when a Twit signs up for twitter:

You retain your rights to any Content you submit, post or display on or through the Services. By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods (now known or later developed).

**Tip**: This license is you authorizing us to make your Tweets on the Twitter Services available to the rest of the world and to let others do the same.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

68. In other words, as a condition of using Twitter, a Twit must agree that other Twits may reproduce and remark upon what they say to the extent it was not already a constitutional right afforded under the First Amendment.

69. According to many media accounts, Twits are often the first to report and comment on breaking news, when they are not causing it themselves. *See, e.g.,* https://twitter.com/ReallyVirtual who reportedly live tweeted about the raid that killed Osama Bin Laden nine hours before it was reported in mainstream press.

70. Notably, Twitter has spawned a multitude of "Twitter Wars" where celebrities, fans, competitors, and fellow Twits engage in free speech in public forum by Tweeting and jovially jabbing at each other, while sharing pictures of Kim Kardashian's rear end. *See, e.g.,* http://www.thestreet.com/story/12955436/1/kim-kardashian-didnt-break-the-internet-but-she-did-set-a-new-benchmark.html (last accessed Dec. 8, 2015) (explaining how paper magazines cover featuring K. Kardashian set a new benchmark for hashtags with #breaktheinternet).

71. Although sometimes these "Twitter Wars" may take the form of "flame wars" made famous (or infamous) on the IRC, newsgroups, bulletin boards and blogosphere, they are often used by competitors to differentiate themselves from or criticize their competition. *See,* https://en.wikipedia.org/wiki/Flaming_(Internet) (last accessed Dec. 8, 2015).

72. Sometimes this is done light heartedly, and other times inexplicably in what might be characterized as a rant. The "Twitter Wars" are often informative and sometimes entertaining. For example:

a. On or about July 12, 2009:

i. @OldSpice tweeted to @TacoBell: "Why is it that 'fire sauce' isn't made with any real fire? Seems like false advertising."

  ii.  @tacobell replied: "Is your deodorant made with really old spices?"

  iii.  @ford and many on the Internet were entertained and retweeted the discussion.



 b. This was about as entertaining as in late 2012 when Priceline started a #NegotiatorForPresident campaign on twitter, and its competitor Orbitz tweeted:

  i.  "Hey #Negotiator4President, glad you threw your hat in the ring. Mine was there first. And it's a sombrero." - Walt #OrbitzVacationParty

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33411 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

ii.      Priceline responded:



iii.      This was followed by the spokesperson for Orbitz posing in nothing but a patriotic bikini bottom at the beach, *See*, http://www.adweek.com/prnewser/twitter-fight-orbitz-vs-priceline/5023 (last accessed Dec. 8, 2015).

iv.      Then, Priceline replied:



73.     Even Donald Trump and U.S. President, Barack Obama, are famous for their tweets, which have spawned various criticisms and rants. *See, e.g.,* http://www.forbes.com/sites/alexknapp/2015/12/07/bezos-responds-to-trump-tweets-by-offering-to-send-him-to-space/ (last accessed December 8, 2015) (D. Trump attacks Jeff Bezos on twitter and J. Bezos offers to send Trump to space); http://www.politico.com/story/2015/12/twitter-top-political-tweets-2015-216495 (rating that President Obama's tweet using the hashtag #lovewins was the was the No. 1 politics and government tweet of the year).

74.     Other notable twitter feuds include *Rihanna v. Ciara* from circa February 2011; *Courtney Love v. Lily Allen*, circa March 2010; *Miley Cyrus v. Justin Gaston* circa August 2009; and Perez Hilton v. various celebrities such a Lindsay Lohan, Demi Moore and others. Even giants Google and Microsoft have entered the ring: http://techcrunch.com/2011/02/01/bing-google-fight/  (last accessed Dec. 8, 2015).

75.     Instead of engaging in fair discussion, Krim and Casper have hired armies of shill Twits, some that appear to utilize zombie or phantom accounts, to post bogus reviews and misleading statements about Casper and its cheap mattresses while making personal *ad hominem* attacks against Nature's Sleep.

76.     Casper, its shills, zombies and phantoms (collectively its misleading "Marketing Team") flood the twitter network (a/k/a the "Twitterverse") with boring dry and misleading tweets about Casper's mattresses that fail to inform consumers about the much better products available from Ghostbed and Nature's Sleep.

77.     Notably, even if it were true that Nature's Sleep, Ghostbed or their employees responded to Casper's tweets or posted the comments on Twitter that Casper attributes to them, those tweets are protected free speech and completely true as valid and supportable opinions.

16

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

78.     It is Krim, Casper and their Marketing Team that are misleading the public into thinking that Casper is novel or any different that Krim's other failed mattress companies for which there are myriad complaints on the Internet and bulletin boards such as ripoffreports.com. *See, e.g.,* :

a.   http://www.ripoffreport.com/r/the-sleep-better-store/Houston-Texas-77041/the-sleep-better-store-president-of-company-Philip-Kim-Mattresses-leaked-4-times-have-tw-1205441 (last accessed Dec. 8, 2015);

b.   http://www.ripoffreport.com/r/The-Sleep-Better-Store/Houston-Texas-77098/The-Sleep-Better-Store-mattress-company-Houston-Texas-1092864   (last accessed Dec. 8, 2015);

c.   http://www.ripoffreport.com/r/SLEEP-BETTER-STORE/HOUSTON-Texas-77041/SLEEP-BETTER-STORE-DREAM-NUMBER-BEDS-WHEN-I-RECEIVED-THE-BED-I-GOT-ONE-THAT-SAID-IT-WAS-A-895299   (last accessed Dec. 8, 2015);

d.   http://www.ripoffreport.com/r/the-Sleep-Better-Store-/Stafford-Texas/the-Sleep-Better-Store-comfort-sleep-bed-air-bed-Stafford-texas-1136544   (last accessed Dec. 8, 2015);

e.   http://www.ripoffreport.com/r/e-sleep-better-store-llc/stafford-texas-77477/the-sleep-better-store-llc-mattress-leaking-just-after-3-years-stafford-texas-1149438 (last accessed Dec. 8, 2015);

f.   http://www.ripoffreport.com/r/Sleep-Better-Store/Internet-West-Virginia-/Sleep-Better-Store-Jeanie-and-Mark-Sleep-better-store-doesnt-respect-or-appreciate-their-698866 (last accessed Dec. 8, 2015); and,

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

g.   http://www.ripoffreport.com/r/Dream-Number-Beds/Houston-Texas-
77041/Dream-Number-Beds-The-Sleep-Better-Store-Sleep-NumberDream-
Number-type-company-DISAPPEAR-1098845 (last accessed Dec. 8, 2015).

*See, e.g.,* **Composite Exhibit F attached.**

79.    Krim's companies are notorious for failing to honor their warranties and misleading consumers.

80.    Instead of facing the fact that Nature's Sleep and Ghostbed are sources of superior products, or try to improve its own product, Casper threatens Nature's Sleep and Ghostbed with legal action unless they stop tweeting the truth that their beds are better.

81.    The truth is Casper just cannot compare to Ghostbed or Nature's Sleep superior quality and service and is just riding in the good will long established by Nature's Sleep.

82.    According to Casper it is "entitled to claim  various [nebulous] forms  of relief, including (i)  money damages, including actual  damages, profits,  treble  damages, and or attorney's fees;  and (ii) an injunction prohibiting GhostBed 's improper activities."

83.    However, it is Defendants that have violated the law by infringing the NATURE'S SLEEP MARKS, cybersquatting, engaging in Deceptive and Unfair Trade Practices, and stomping upon the first amendment while Casper has suffered no damages.

84.    Casper seeks to use its threats and coercion to conceal the truth and silence the social media reports that Nature's Sleep and Ghostbed provide far superior mattresses with much better services, much better warranties, and much BETTER SLEEP FOR BETTER DAYS.

85.    Krim, Casper and their Marketing Team should be preliminarily and permanently enjoined from further infringement, cybersquatting and deceptive advertising.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

86.     Krim is personally responsible as he actively and materially contributed to Casper's infringement, unfair competition, cybersquatting and deceptive and unfair trade practices.

87.     All conditions precedent have either occurred or have been waived.

## COUNT I – TRADEMARK INFRINGEMENT
(pursuant to 15 U.S.C. § 1114)

88.     Nature's Sleep adopts and realleges paragraphs 1 - 87 inclusive, as though fully set forth herein.

89.     Defendant's aforesaid acts are likely to cause confusion, mistake or deception as to the source of the parties' products.  Specifically, Defendants' use of a colorable imitation of NATURE'S SLEEP REGISTERED TRADEMARKS in connection with Defendants' sale of sleeping products including, but not limited to mattresses is likely to cause purchasers and others to mistakenly believe that Defendants' or their products are legitimately connected with, sponsored by or approved by Nature's Sleep.

90.     Defendants' aforesaid acts constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114, and the common law of Florida.

91.     Defendants' actions have been and continue to be committed willfully and intentionally with full knowledge of Plaintiff's rights, and of the fact that such actions likely confuse the public and harm Nature's Sleep.

92.     Defendants' aforesaid acts are greatly and irreparably damaging to Nature's Sleep and will continue to damage Nature's Sleep until enjoined by this Court, wherefore Nature's Sleep is without adequate remedy at law.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

**WHEREFORE,** Nature's Sleep prays that:

a.      Defendants, their officers, agents, servants, employees, attorneys and all others in active concert or participation with Defendants, jointly and severally, be enjoined and restrained during the pendency of this action and permanently thereafter from:

i.      using the NATURE'S SLEEP MARKS or any other mark or designation that is confusingly similar to the NATURE'S SLEEP MARKS; and

ii.      performing any other acts which are likely to lead the public to believe that Defendants' products are in any manner licensed, sponsored, approved or authorized by Nature's Sleep or which dilute the distinctive quality of the NATURE'S SLEEP MARKS.

b.      Defendants be ordered to pay Nature's Sleep all damages suffered by reason of Defendants' wrongful acts as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

c.      The Court award Nature's Sleep three times the damages suffered by reason of the wrongful acts of Defendants as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

d.      Defendants be ordered to pay plaintiff all profits realized by Defendants by reason of Defendants' wrongful acts as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

e.      Defendants be ordered to pay Nature's Sleep the costs of this action and reasonable attorney's fees, pursuant to 15 U.S.C. §§ 1117(a) and 1125(c)(2).

f.      Defendants be directed to identify and destroy all infringing and unfairly competing materials, including but not limited to Defendants' infringing and unfairly competing

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

products, and all printed material, packaging and advertising bearing colorable imitations of the NATURE'S SLEEP MARKS.

g.      Defendants be required to file with the Court and serve on Nature's Sleep a written report under oath setting forth in detail the manner of its compliance with the terms of this Court's order in accordance with 15 U.S.C. § 1116.

h.      Nature's Sleep shall have such other relief as this Court may deem just and proper.

### COUNT II - <u>FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION</u>
(pursuant to 15 U.S.C. § 1125(a))

93.     Nature's Sleep adopts and realleges paragraphs 1 - 87 inclusive, as though fully set forth herein.

94.     Defendants' aforesaid acts tend falsely to represent Defendants and their aforesaid products as being affiliated, connected or associated with, or sponsored or approved by, Nature's Sleep in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

95.     Defendants' aforesaid acts constitute unfair competition with Nature's Sleep, and result in Defendants' unjust enrichment under the common law of Florida.

96.     This case is exceptional pursuant to 15 U.S.C. § 1117(a)(3).

97.     Defendants' aforesaid acts are generally and irreparably damaging to Nature's Sleep and will continue to damage Nature's Sleep unless enjoined by this Court, wherefore Nature's Sleep is without adequate remedy at law.

**WHEREFORE,** Nature's Sleep prays that:

a.      Defendants, its officers, agents, servants, employees, attorneys and all others in active concert or participation with Defendants, jointly and severally, be enjoined and restrained during the pendency of this action and permanently thereafter from:

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

        i.      using the NATURE'S SLEEP MARKS or any other mark or designation that is confusingly similar to the NATURE'S SLEEP MARKS; and

        ii.     performing any other acts which are likely to lead the public to believe that Defendants' products are in any manner licensed, sponsored, approved or authorized by Plaintiff or which dilute the distinctive quality of the NATURE'S SLEEP MARKS.

    b.     Defendants be ordered to pay Plaintiff all damages suffered by reason of Defendants' wrongful acts as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

    c.     The Court award Nature's Sleep three times the damages suffered by reason of the wrongful acts of Defendants as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

    d.     Defendants be ordered to pay Nature's Sleep all profits realized by Defendants by reason of Defendants' wrongful acts as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

    e.     Defendants be ordered to pay Nature's Sleep the costs of this action and reasonable attorney's fees, pursuant to 15 U.S.C. §§ 1117(a) and 1125(c)(2).

    f.     Defendants be directed to identify and destroy all infringing and unfairly competing materials, including but not limited to Defendants' infringing and unfairly competing products, and all printed material, packaging and advertising bearing colorable imitations of the NATURE'S SLEEP MARKS.

    g.     Defendants be required to file with the Court and serve on Plaintiffs a written report under oath setting forth in detail the manner of its compliance with the terms of this Court's order in accordance with 15 U.S.C. § 1116.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

h.       Nature's Sleep shall have such other relief as this Court may deem just and proper.

### COUNT III – <u>FLORIDA COMMON LAW UNFAIR COMPETITION</u>

98.      Nature's Sleep adopts and realleges paragraphs 1 - 87 inclusive, as though fully set forth herein.

99.      Defendants' aforesaid acts tend falsely to represent Defendants and their aforesaid products as being affiliated, connected or associated with, or sponsored or approved by, Nature's Sleep.

100.     Defendants' aforesaid acts constitute unfair competition with Nature's Sleep, and result in Defendant's unjust enrichment under the common law of Florida.

101.     Defendant's aforesaid acts are generally and irreparably damaging to Nature's Sleep and will continue to damage Nature's Sleep unless enjoined by this Court, wherefore Nature's Sleep is without adequate remedy at law.

**WHEREFORE,** Nature's Sleep prays that:

a.       Defendants, their officers, agents, servants, employees, attorneys and all others in active concert or participation with Defendants, jointly and severally, be enjoined and restrained during the pendency of this action and permanently thereafter from:

i.       using the NATURE'S SLEEP MARKS or any other mark or designation that is confusingly similar to the NATURE'S SLEEP MARKS; and

ii.       performing any other acts which are likely to lead the public to believe that Defendant's products are in any manner licensed, sponsored, approved or authorized by Plaintiff or which dilute the distinctive quality of the NATURE'S SLEEP MARKS.

b.       Defendants be ordered to pay Nature's Sleep all damages suffered by reason of

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

Defendant's wrongful acts as set forth in this Complaint.

  c.  The Court award Nature's Sleep three times the damages suffered by reason of the wrongful acts of Defendants as set forth in this Complaint.

  d.  Defendants be ordered to pay Nature's Sleep all profits realized by Defendants by reason of Defendants' wrongful acts as set forth in this Complaint.

  e.  Defendants be ordered to pay Nature's Sleep the costs of this action.

  f.  Defendants be directed to identify and destroy all infringing and unfairly competing materials, including but not limited to Defendants' infringing and unfairly competing products, and all printed material, packaging and advertising bearing colorable imitations of the NATURE'S SLEEP MARKS.

  g.  Defendants be required to file with the Court and serve on Nature's Sleep a written report under oath setting forth in detail the manner of its compliance with the terms of this Court's order.

  h.  NATURE'S SLEEP shall have such other relief as this Court may deem just and proper.

## COUNT IV - <u>CYBERSQUATTING</u>
### (pursuant to 15 U.S.C. § 1125(d))

  102.  NATURE'S SLEEP adopts and realleges paragraphs 1 - 87 inclusive, as though fully set forth herein.

  103.  Defendants, have had, and continue to have, the bad faith intent to profit from the NATURES SLEEP MARKS, which are protected as a distinctive mark under Section 3002(a) of the Anticybersquatting Act, 15 U.S.C. §1125(d)(1). Specifically, the Defendants registered the Domain Name NATURESLEEP.COM without the prior knowledge, permission, or consent of Nature's Sleep.

**Assouline & Berlowe, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

104.    The Defendants used the domain name Naturesleep.com to sell mattresses that were likely to be confused with the mattresses of the Plaintiff sold under the Nature's Sleep mark.

105.    It has already been determined in a Uniform Domain Name Dispute Resolution policy arbitration that the domain name was registered in bad faith, and the domain name was transferred to the Plaintiff.

106.    Defendants registered the domain name under a false or proxy registrant name.

WHEREFORE, Plaintiff demands judgment against Defendants jointly and severally:

a.      a Preliminary and Permanent Injunction enjoining Defendants from any use of any domain name or other names confusingly similar to the NATURE'S SLEEP MARKS pursuant to Section 3003 of the Anticybersquatting Act, 15 U.S.C. § 1116(a); and

b.      for statutory damages in the amount of $100,000.00, pursuant to Section 3003(b) of the Anticybersquatting Act, 15 U.S.C. §§ 1117(a),(d), or, in the alternative actual damages; together with prejudgment interest; costs; attorney's fees under 15 U.S.C. § 1117; and, any further relief that this Court deems just and proper.

**COUNT V – FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT**
(Florida Statute §§ 501.201 - 501.213)

107.    Plaintiffs adopt and reallege paragraphs 1 - 87 inclusive, as though fully set forth herein.

108.    Defendants have unlawfully used intellectual property belonging to Plaintiffs, including unauthorized use of NATURE'S SLEEP MARKS, and Plaintiff's intellectual property to obtain competitive advantage for their own goods and services in the market.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

109.    Defendants and their Marketing Team, through the use of shills, phantoms and zombies, post and induce the posting of false and misleading review and comments in social media.

110.    Defendant's actions constitute unfair methods of competition and unfair or deceptive acts or practices in the conduct of trade or commerce in violation of Fla. Stat. § 501.204.

111.    Defendants has willfully undertaken these unlawful acts, as under Florida Statute § 501.204, and knew or should have known that such uses or practices were unlawful.

112.    Plaintiffs have been damaged by Defendants' unlawful actions.

**WHEREFORE**, Plaintiff demands judgment against Defendants:

a.    enjoining the Defendants from employing shills, zombies and phantoms or otherwise using or inducing false or deceptive advertising to market mattresses, beds, sheets, pillows or mattresses toppers;

b.    enjoining the Defendants preliminarily and permanently from any use of any mark confusingly similar to the NATURE'S SLEEP MARKS;

c.    awarding actual damages in an amount to be determined at trial;

d.    awarding prejudgment interest;

e.    awarding costs and attorneys' fees under  Florida Statute § 501.2105; and,

f.    granting such other relief as this Court finds just, fair, and equitable.

ASSOULINE & BERLOWE, P.A.
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

## COUNT IV – <u>DECLARATORY JUDGMENT</u>
### (pursuant to 28 U.S.C. §§ 2201 and 2202)

95.    Plaintiffs adopt and reallege paragraphs 1 - 87 inclusive, as though fully set forth herein.

96.    Defendants alleges that Plaintiff, it customers or its agents infringed its allegedly registered trademark, U.S. Reg. No. 4,762,027 (the "'027 Mark") by:

a.   tweeting "@Casper Don't be scared of the ghost #casper! Sleep on true comfort with the #ghostbed!";

b.   retweeting articles about Casper-frequently using the [alleged] Casper trademark-alleging that GhostBed is superior by stating "don't buy a lesser quality mattress"; and,

c.   using Casper's trademark in GhostBed's marketing by tweeting "The Official Guide to Beating #INSOMNIA .. . #ghostbed #casper."

97.    None of these actions or Tweets constitutes trademark infringement or unfair competition of the '027 Mark.

98.    Just because Defendants' Marketing Team has paid for advertorials and celebrities for "favorable mentions" does not mean that its Ghostbed, Nature's Sleep or the consuming public needs to say favorable things about Defendant Casper's inferior products.

99.    Plaintiff's advertising, tweets and customer comments are protected by the First Amendment.

100.    To the extent Plaintiffs have mentioned Casper, those mentions are specifically permitted as either exempt, nominative, fair, comparative and otherwise lawful use.

101.    There exists a real and actual controversy between Plaintiff and Defendants concerning the infringement of the '270 Mark.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

102.    Plaintiff is entitled to a declaratory judgment that it has neither infringed and nor is infringing '270 Mark.

103.    Due to the exceptional circumstances of this case, the Court should award Plaintiff its attorneys' fees pursuant to 15 U.S.C. §§ 1117(a).

WHEREFORE, Plaintiffs respectfully requests this Court: i) enter a declaratory judgment and decree holding that the '270 Mark is not infringed by Plaintiffs; ii) award Plaintiffs its damages including attorneys' fees; and, iii) grant such further relief as is just, fair, and equitable.

DATED:  December 8, 2015                  Respectfully submitted,

                                          **ASSOULINE & BERLOWE, P.A.**
                                          1801 N. Military Trail, Suite 160
                                          Boca Raton, Florida 33431
                                          Telephone: 561-361-6566
                                          Facsimile:  561-361-6466

                                   By: s/Peter A. Koziol
                                          Peter A. Koziol (FBN 0030446)
                                          pak@assoulineberlowe.com
                                          Eric N. Assouline, Esq. (FBN 106143)
                                          ena@assoulineberlowe.com

                                          *Attorneys for Plaintiffs,*
                                          *GhostBed, Inc., and*
                                          *Werner Media Partners, LLC*
                                          *d/b/a NATURE'S SLEEP, LLC*