IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:15-cv-62571-WPD

GHOSTBED, INC.; and WERNER MEDIA
PARTNERS, LLC d/b/a NATURE'S SLEEP,
LLC,

       Plaintiffs,

v.

CASPER SLEEP, INC.; PHILIP KRIM; RED
ANTLER, LLC; and ICS INC.,

       Defendants.

_____/

## JOINT MOTION FOR AN EIGHT DAY
## EXTENSION OF THE DISCOVERY DEADLINE

Plaintiffs, Ghostbed, Inc. and Werner Media Partners, LLC d/b/a Nature's Sleep, LLC,

and Defendants, Casper Sleep, Inc. and Red Antler, LLC, pursuant to Federal Rule of Civil

Procedure 16, jointly move this Court for an eight-day extension of time, to and including

January 25, 2018, to complete discovery. In support, the parties state the following:

1.     The current discovery cutoff is January 17, 2018. (D.E. 89, D.E. 125).

2.     The parties have been diligently working together to complete all discovery within

that time frame. However, due to the upcoming holidays, witness availability and travel and

logistical issues, the parties are unable to complete all discovery on party and third-party

witnesses before that deadline.

3.     In particular, the parties are seeking to take the deposition of six third-party

witnesses in January 2018 who reside out of state and are beyond the control of the parties.

Several of these witness have scheduling limitations during January which impact on the

scheduling of other depositions. For example, one of these third-parties, Terakeet, LLC, is not

113559928.1

available for deposition until January 9, 2018  and is expected to testify on subject matter impacting on expert witness opinions.  Accordingly, the deposition of these expert witnesses needed to be deferred.

4.    In addition, the parties have identified three expert witness depositions in California to take place between January 22 and 25, 2018 which will require travel by counsel from New York and Florida.

5.    Therefore, the parties respectfully request an eight-day extension of time, to and including January 25, 2018, to complete discovery in this matter.

6.    The trial of this case is set for the two-week period commencing May 14, 2018. (D.E. 89).  An eight-day extension of the discovery deadline will not implicate any of the other pretrial deadlines and will not adversely impact the scheduled trial date.

7.    This Joint Motion is made in good faith and not for the purpose of undue delay. No party will be prejudiced by the relief requested.

WHEREFORE, the parties respectfully request that this Court enter an order extending the discovery deadline for eight days, until January 25, 2018.  A proposed order granting the requested relief is attached to this motion.

113559928.1

Dated: December 15, 2017.

Respectfully submitted,

/s/ *Angela T. Puentes-Leon*
Angela T. Puentes-Leon (FBN 0524621)
Apuentes-leon@carltonfields.com
Eric D. Coleman (FBN 124963)
ecoleman@carltonfields.com
**CARLTON FIELDS JORDEN BURT, P.A.**
Miami Tower – 100 SE Second St.
Suite 4200
Miami, Florida  33131
Tel:     305.530.0050
Fax:    305.530.0055

Ethan Horwitz (admitted *pro hac vice*)
ehorwitz@carltonfields.com
nvalenza-frost@carltonfields.com
**CARLTON FIELDS JORDEN BURT, P.A.**
405 Lexington Avenue, 36th Floor
New York, NY 10174-0002
Tel:     212.380.9617
Fax:    212.785.5203

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

**Steven Ira Peretz**
**Michael B. Chesal**
**Alberto Alvarez**
Peretz Chesal & Herrmann PL
2 South Biscayne Blvd.
Suite 3700
Miami, FL 33131
305-341-3000
Email: speretz@pch-iplaw.com
          mchesal@pch-iplaw.com
          aalvarez@pch-iplaw.com

113559928.1

*Counsel for Defendant Casper Sleep, Inc.*

**Andrew Kemp-Gerstel**
**Jana M. Montiel**
**Peter James Maskow**
**Elizabeth B. Harbaugh**
Liebler Gonzalez & Portuondo PA
44 W. Flagler Street
25th Floor
Miami, FL 33130
305-379-0400
Email: akg@lgplaw.com
        jmm@lgplaw.com
        pjm@lgplaw.com
        ebh@lgplaw.com

*Counsel for Defendant Red Antler, LLC*

*/s/ Angela T. Puentes-Leon*

113559928.1